IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIS B. MOORE, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 99-H-1966-E |
| WARDEN R. WILEY, | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The petitioner, Louis B. Moore, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he is entitled to immediate "early release" under 18 U.S.C. § 3621(e). This claim is premised on his completion of the Bureau of Prisons' residential drug abuse treatment program.

On June 26, 2000, the court was informed that the petitioner had been released from the custody of the Bureau of Prisons on or about May 26, 2000. The respondent requested that this matter be dismissed as moot because there was no longer any case or controversy.

Accordingly, Moore's petition for a writ of habeas corpus is due to be dismissed as moot.

**DONE**, this 25th day of September, 2000.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE